In re:  
Harvey J. Beberman  
Mary Beberman  
    Debtors

Case No. 16-01632-JJT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 1     Date Rcvd: Aug 09, 2016  
Form ID: fnldecac     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.  
db     #+Harvey J. Beberman,    120 Lenape Drive,    Milford, PA 18337-9667  
jdb     +Mary Beberman,    120 Lenape Drive,    Milford, PA 18337-9667

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:  
    John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net  
    Joshua I Goldman    on behalf of Creditor    Honesdale National Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Timothy B. Fisher, II    on behalf of Joint Debtor Mary Beberman donna.kau@pocono-lawyers.com  
    Timothy B. Fisher, II    on behalf of Debtor Harvey J. Beberman donna.kau@pocono-lawyers.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
     TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Harvey J. Beberman<br>120 Lenape Drive<br>Milford, PA 18337 | Chapter 7<br>Case No. 5:16−bk−01632−JJT |
| Mary Beberman<br>120 Lenape Drive<br>Milford, PA 18337 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1262
xxx−xx−5673

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 8, 2016

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk